JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: eumi.choi@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED* /s/ James Ware — Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 98-20060 JW |
|---|---|---|
| Plaintiff, | ) | No. C 06-04733 JW |
| v. | ) | UNITED STATES' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255; [PROPOSED] ORDER |
| PHUOC XUAN NGO, | ) | |
| Defendant. | ) | |

The United States respectfully requests a 60 day extension of time of its February 12, 2010 deadline to file its response to defendant's Motion under 28 U.S.C. § 2255 ("Response"), on the grounds that thus far the United States' has not been able to obtain copies of the relevant filings and orders in the district court and appellate court records. Since soon after the date of the December 10, 2009 court order requesting a Response from the United States, underlying counsel attempted to obtain said filings and orders in order to prepare a Response; however, due in large part to the age of the underlying criminal proceedings and the size of the record in the district and appellate courts, attempts to obtain the relevant portions of the record remain ongoing.   A 60 day extension is respectfully requested to ensure a sufficient period of time to

1  obtain said filings and orders and to prepare a Response.

2      WHEREFORE, the United States respectfully requests a 60 day extension of time of its

3  February 12, 2010 deadline to file its response to defendant's Motion under 28 U.S.C. § 2255.

5  DATED: February 5, 2010       Respectfully submitted,

6      JOSEPH P. RUSSONIELLO
    United States Attorney

8      _____/S/_____
    EUMI L. CHOI
9      Assistant United States Attorney

## ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that an extension of 60 days for the United States from February 11, 2010 to file its Response is reasonable and appropriate.   Therefore, IT IS HEREBY ORDERED that the United States' time to file its response to defendant's Motion for Reconsideration and Clarification is extended 60 days, to April 13, 2010.

DATED: February 9, 2010       _____
    JAMES WARE
    United States District Judge

United States' Request for Extension of Time and
[Proposed] Order CR 98-20060 JW; C 06-04733 JW